PROB 12C
(6/16)

Report Date: February 11, 2026

**United States District Court**

**for the**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 12, 2026

SEAN F. McAVOY, CLERK

**Eastern District of Washington**

ECF No 44

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Edward John Taylor          Case Number: 0980 1:21CR02024-SAB-1

Address of Offender: ███████████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2022

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) |
| Original Sentence: | Prison - 60 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Asst. U.S. Attorney: | Benjamin Seal    Date Supervision Commenced: January 2, 2026 |
| Defense Attorney: | To Be Determined    Date Supervision Expires: January 1, 2031 |

**PETITIONING THE COURT**

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 3, 2026.

On November 18, 2025, while at the Residential Reentry Center in Spokane, Washington, a United States Probation Officer reviewed all the conditions of supervised release with Mr. Taylor, which he acknowledged a full understanding.

On January 6, 2026, Mr. Taylor and a probation officer reviewed all the conditions of supervised release to which he would be subject while serving his term of supervision. Mr. Taylor signed a copy of his judgment acknowledging his understanding of the conditions imposed by the Court. He was also provided a copy for his reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by ingesting methamphetamine and marijuana, on or about February 9, 2026.

On February 10, 2026, Mr. Taylor reported to the probation office and admitted to consuming methamphetamine and marijuana on or about February 9, 2026. He signed a drug use admission form acknowledging he had consumed both.

Prob12C
**Re: Taylor, Edward John**
**February 11, 2026**
**Page 2**

**Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by missing outpatient substance abuse treatment sessions at Triumph Treatment Services (Triumph), on or about February 10, and 11, 2026.

On February 10, 2026, staff at Triumph contacted the undersigned by telephone to advise that Mr. Taylor was 45 minutes late for his substance abuse treatment session. He was not allowed into the group session due to the late arrival.

On February 11, 2026, staff at Triumph confirmed via email that Mr. Taylor failed to attend treatment and did not communicate his absence with the provider. On the same date, the undesigned officer contacted Mr. Taylor via phone, he indicated he fell asleep and just woke up.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | February 11, 2026 |
| | s/Maria Balles |
| | Maria Balles<br>U.S. Probation Officer |

## THE COURT ORDERS

[  ] No Action
[X] The Issuance of a Warrant
[  ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[  ] Other

_____
Signature of Judicial Officer

2/12/2026
_____
Date