PROB 12C
(6/16)

Report Date: February 25, 2026

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2026**

SEAN F. McAVOY, CLERK
ECF No. 53

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward John Taylor    Case Number: 0980 1:21CR02024-SAB-1

Address of Offender: ██████████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: January 2, 2026 | |
| Defense Attorney: | To Be Determined | Date Supervision Expires: January 1, 2031 | |

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 3, and 11, 2026.

On January 6, 2026, Mr. Taylor and a probation officer reviewed all the conditions of supervised release, to which he would be subject while serving his term of supervision. Mr. Taylor signed a copy of his judgment acknowledging his understanding of the conditions imposed by the Court. He was also provided a copy for his reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by possession methamphetamine on February 24, 2026.

On February 24, 2026, the United States Marshals Service (USMS) arrested Mr. Taylor at his residence on his supervised release warrant.  After Mr. Taylor was arrested, the USMS located a prescription bottle on his person that contained suboxone and a small amount of a white crystal like substance.  Based on USMS training and experience, the white crystal like substances was noted to be methamphetamine. U.S. Probation officers responded to Mr. Taylor's residence and took possession of the suspected narcotics.  The substance had not been tested at the time this report was written.

Prob12C
**Re: Taylor, Edward John**
**February 25, 2026**
**Page 2**

7              **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 test per months, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by consuming alcohol on February 24, 2026.

On February 24, 2026, the USMS arrested Mr. Taylor at his residence on his supervised release warrant. When the USMS initially contacted Mr. Taylor, he had an open Corona in his hand.

After Mr. Taylor was arrested by the USMS, U.S. Probation officers responded to Mr. Taylor's residence and conducted a search of his apartment. During the search, probation officers found an empty Corona bottle in the bathroom sink and an unopened Mickeys malt liquor can in his living room.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        February 25, 2026

                            s/Phil Casey

                            Phil Casey
                            Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

                            Signature of Judicial Officer

                            2/26/2026

                            Date