PROB 12C
(6/16)

Report Date: May 19, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward John Taylor          Case Number: 0980 1:21CR02024-SAB-1

Address of Offender: ████████████████████    Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2022

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) |

| | | |
|---|---|---|
| Original Sentence: | Prison -60 months<br>TSR -60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>March 12, 2026 | Prison - Time Served<br>(21 days)<br>TSR - 58 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: March 14, 2026 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: January 1, 2031 |

## PETITIONING THE COURT

To issue a summons.

On April 21, 2026, Mr. Taylor and the probation officer reviewed all the conditions of supervised release to which he would be subject while serving his term of supervision. Mr. Taylor signed a copy of his judgment acknowledging his understanding of the conditions imposed by the Court. He was also provided a copy for his reference.

The probation officer believes that the offender violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by having consumed alcohol on or about May 5, 2026.

On May 6, 2026, Mr. Taylor reported to the probation office and completed a urinalysis. The test results were presumptive positive for alcohol. He admitted to consuming alcohol on or about May 5, 2026, and signed a drug use admission form.

**Prob12C**
**Re: Taylor, Edward John**
**May 19, 2026**
**Page 2**

2          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by using a controlled substance, methamphetamine, on or between May 1 to 5, 2026.

On May 6, 2026, Mr. Taylor reported to the probation office and completed a urinalysis. The test results were presumptive positive for methamphetamine. Mr. Taylor admitted to consuming methamphetamine, and signed a drug use admission form. Mr. Taylor admitted to consuming methamphetamine starting on May 1, 2026, with his last use being on or about May 5, 2026. The drug test was sent to the lab for confirmation.

On May 11, 2026, the drug test submitted on May 6, 2026, returned positive from the lab for amphetamine/methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 19, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
**Re: Taylor, Edward John**
**May 19, 2026**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

5/19/2026
_____
Date