PROB 12C
(6/16)

Report Date: May 22, 2026

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 22, 2026

SEAN F. McAVOY, CLERK

ECF No. 73

Name of Offender: Edward John Taylor    Case Number: 0980 1:21CR02024-SAB-1

Address of Offender: ███████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: January 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) | | |
| Original Sentence: | Prison - 60 months TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: March 12, 2026 | Prison - Time Served (21 days) TSR - 58 months | | |
| Asst. U.S. Attorney: | Benjamin Seal | Date Supervision Commenced: January 2, 2026 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 1, 2031 | |

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 19, 2026.

On April 21, 2026, Mr. Taylor and the probation officer reviewed all the conditions of supervised release to which he would be subject while serving his term of supervision. Mr. Taylor signed a copy of his judgment acknowledging his understanding of the conditions imposed by the Court. He was also provided a copy for his reference.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release by failing to report for drug testing as instructed on May 20, 2026.

Mr. Taylor was previously referred to Triumph Treatment Services (Triumph) to participate in the color line program for random drug testing as required. He had been instructed to call the color line daily, Monday through Friday, and report to Triumph when his assigned color was called for drug testing.

**Prob12C**
**Re: Taylor, Edward John**
**May 22, 2026**
**Page 2**

Triumph reported Mr. Taylor failed to report for drug testing when his assigned color was called on May 20, 2026.

4    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release by failing to report for drug testing as instructed on or about May 21, 2026.

On May 21, 2026, the undersigned officer attempted to make telephonic contact with Mr. Taylor. Mr. Taylor did not answer the undersigned officer's phone call, and his voice mail was not set up. The undersigned officer sent Mr. Taylor a text message instructing him to report to the probation office for drug testing on this same date by 1:30 p.m.

Mr. Taylor failed to report as instructed, and did not make any effort to contact the probation office.

5    **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Taylor is alleged to have violated his supervised release conditions by missing outpatient substance abuse treatment sessions at Valley Health and Counseling (VHC), on or about May 20, and 21, 2026.

On May 21, 2026, the undersigned officer contacted VHC by telephone and was advised that Mr. Taylor was 55 minutes late for his substance abuse treatment session on this same date. He was considered a no show due to the time of day. In addition, staff at VHC confirmed that Mr. Taylor failed to attend treatment on May 20, 2026, and did not communicate his absence with the provider.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 22, 2026

s/Maria Balles

Maria Balles
U.S. Probation Officer

**Re: Taylor, Edward John**
**May 22, 2026**
**Page 3**


THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

5/22/2026
_____
Date